No. 91–8114. TALLMAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. ▮

No. 91–8118. HARRIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 91–8120. TROUT v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 91–8122. STUTTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied. ▮

No. 91–8125. CATES v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 91–8135. ALLISON v. UNITED STATES. C. A. 5th Cir. Certiorari denied. ▮

No. 91–8148. MATHENEY v. INDIANA. Sup. Ct. Ind. Certiorari denied. ▮

No. 91–8155. PEREZ-DOMINGUEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied. ▮

No. 91–8158. ELDER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. ▮

No. 91–8159. FERRIOL v. UNITED STATES. C. A. 3d Cir. Certiorari denied. ▮

No. 90–6315. PEREZ v. LOUISIANA. Sup. Ct. La. Certiorari denied. JUSTICE BLACKMUN, JUSTICE O'CONNOR, and JUSTICE SOUTER would grant the petition, vacate the judgment, and remand the case for further consideration in light of *Foucha* v. *Louisiana*, *ante*, p. 71. ▮